# UNITED STATES DISTRICT COURT

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN

for the

Middle District of Tennessee

Nashville Division

RECEIVED
MAR 18 2026
US DISTRICT COURT
MID DIST TENN

Case No. 3:26-cv-323
*(to be filled in by the Clerk's Office)*

Regina N. Baiden

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names )*

**-v-**

LHP Capital

*Defendant(s)*
*(Write the full name of each defendant who is being sued If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)* ☒ Yes ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Regina N. Baiden |
| Street Address | 1936 Berkshire Drive |
| City and County | Nashville, Davidson County |
| State and Zip Code | Tennessee, 37216 |
| Telephone Number | 615-305-1503 |
| E-mail Address | Rnbaiden@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | LHP Capital |
| Job or Title *(if known)* | |
| Street Address | 94 Berkley Drive |
| City and County | Madison, Davidson County |
| State and Zip Code | Tennessee, 37115 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | NHE Inc. |
| Job or Title *(if known)* | |
| Street Address | 100 Crabapple |
| City and County | Anderson, Anderson County |
| State and Zip Code | South Carolina , 29625 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | N/A |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | N/A |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

**C. Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Chippington Tower-1 |
| Street Address | 94 Berkley Drive |
| City and County | Madison, Davidson County |
| State and Zip Code | Tennessee, 37115 |
| Telephone Number | |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission )*

☒ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission )*

☒ Other federal law *(specify the federal law)*:

Title I of the Americans with Disabilities Act of 1990, codified at 42 U.S. Code § 12112(a) and 42 U.S. Code § 12101

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☐ Termination of my employment.
- ☐ Failure to promote me.
- ☒ Failure to accommodate my disability.
- ☒ Unequal terms and conditions of my employment.
- ☒ Retaliation.
- ☒ Other acts *(specify)*: My ADA Rights were violated and I was denied favorable terms, conditions, and privileges of employment. I worked in a Hostile work environment, forced to come into the office during inclement weather/ or take PTO when other employees were allowed to work from home. Forced to work in a building without running water and a functioning toilet when other employee worked from home/were off. When the water was off and there were not functioning toilets, Moee Perry only came into the office after 4:00pm once water/ facilities were back on and working. I was discriminated against and treated differently. Moe Perry often denied my request for assistance from other employees, maintainence workers/ In House Computer person to assist me with moving heavy objects and connecting my computer/ trouble shooting my computer. I was denied and never received reasonable accommodation parking for over 3-months when parking was available at my jobsite, a public accommodation highrise community that receives HUD funding. I worked in a hostile work environment and was harassed and treated less favorable than other White, Male employees under the age of forty. I'm a disabled Black female over the age of forty. Some days I was not allowed to park at my worksite because Moe Perry placed neon colored hard to remove stickers on my windshield and threatened to have my vehicle towed away. I was denied a vital census sheet of all /new residents in the building, needed to conduct my job. I was alienated from coworkers and not allowed to move into the newly renovated office for months. During which time, I was denied access to the internet, phone service and other office equipment needed to conduct my job.

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

7/3/2023 to 10/16/2024

C. I believe that defendant(s) *(check one)*:

- ☐ is/are still committing these acts against me.
- ☒ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race
- ☐ color
- ☐ gender/sex
- ☐ religion
- ☐ national origin
- ☐ age *(year of birth)* ________ *(only when asserting a claim of age discrimination.)*
- ☒ disability or perceived disability *(specify disability)*

Perceived disability and doctors notice indicating disability. I was born with a disability in both knees, I'm an insulin dependent diabetic with hyperglycemia and with with severe neuropathy in both feet and in my hands. I have depression and anxiety, and elevated intercranial pressure that effects my vision and has caused temporary partial blindness.

E. The facts of my case are as follows. Attach additional pages if needed.

C vount 1: Failure to provide ADA Reasonable Accommodation
Count 2: ADA Hostile Work Enviroment
Disability-Based Hostile Work Environment, Hostile Work Environment Under the ADA, ADA Hostile Work Environment Claim, and Harassment and Hostile Work Environment Under the ADA. Plaintiff is a protected individual and employee is a "qualified individual with a disability". Plaintiff endured unwelcome harassment on or around and during January 2024 The plaintiff was subjected to unwelcome conduct by Moe Perry. The Plaintiff endured the harassment based on the individual's disability pursuant to requesting reasonable accommodations The harassment was severe or pervasive enough to alter the terms, conditions, or privileges of employment because the LHP Capital employees also fabricated and spread lies about Plaintiff that negatively impacted employment. Plaintiff informed both NHE Inc. and LHP Capital via email on or about January, February, and July 2024 through October 16, 2024, and they knew or should have known about the harassment and failed to take prompt, remedial action.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

On or around 2/26/2025 (Sent by THRC who was initially contacted on or around 11/7/2024)

B. The Equal Employment Opportunity Commission *(check one)*:

- ☐ has not issued a Notice of Right to Sue letter.
- ☒ issued a Notice of Right to Sue letter, which I received on *(date)* 8/16/2025 .

*(Note. Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

- ☐ 60 days or more have elapsed.
- ☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The egregious conduct of the Defendants was intentional, and Defendant intentionally and willfully participated in the retaliatory tactics used against Plaintiff. Substantial punitive damages are required in this case to punish Defendant's egregious and unlawful conduct and to deter Defendants from continuing to engage in the inappropriate conduct in the future. Plaintiff asks the court that Plaintiff be awarded all costs, including discretionary costs and attorney's fees pursuant to the Civil Rights Act of 1991 statute for compensatory and punitive damages of $300, 000 and that Plaintiff be awarded such further and additional relief to which Plaintiff is deemed entitled by a jury.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/29/2025

Signature of Plaintiff Regina Baiden

Printed Name of Plaintiff Regina N. Baiden

### B. For Attorneys

Date of signing: __________

Signature of Attorney __________

Printed Name of Attorney __________

Bar Number __________

Name of Law Firm __________

Street Address __________

State and Zip Code __________

Telephone Number __________

E-mail Address __________